# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Supreme Foodservice GmbH | ) ASBCA Nos. 59419, 59420, 59615 |
| | )                  59618, 59619, 59675 |
| | )                  59676, 59683, 59830 |
| | )                  59863, 59867, 59872 |
| | )                  59879, 60024, 60250 |
| | )                  60309, 60365, 60832 |
| | )                  61069, 61294, 61319 |
| | ) |
| Under Contract Nos. SPM300-05-D-3130 | ) |
|                  SPM300-12-D-3283 | ) |

APPEARANCES FOR THE APPELLANT:  John R. Prairie, Esq.
 Bryan T. Bunting, Esq.
 Sarah B. Hansen, Esq.
 Jennifer Eve Retener, Esq.
 J. Ryan Frazee, Esq.
   Wiley Rein LLP
   Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
   DLA Chief Trial Attorney
 Kelly L. Diaz-Albertini, Esq.
 Lindsay A. Salamon, Esq.
 Anne P. Steel, Esq.
 Ryan P. Hallisey, Esq.
 Stacey E. Hirsch, Esq.
 Robert L. Kieffer, Esq.
 Lindsey R. Mossor, Esq.
   Trial Attorneys
   DLA Troop Support
   Philadelphia, PA

ORDER OF DISMISSAL

The parties have filed a joint motion to dismiss with prejudice all of appellant's pending appeals. The motion is GRANTED. All pending appeals listed above are dismissed with prejudice.

Dated: May 22, 2024

MICHAEL N. O'CONNELL
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59419, 59420, 59615, 59618, 59619, 59675, 59676, 59683, 59830, 59863, 59867, 59872, 59879, 60024, 60250, 60309, 60365, 60832, 61069, 61294, 61319, Appeals of Supreme Foodservice GmbH, rendered in conformance with the Board's Charter.

Dated: May 22, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals